Michael R. Koblenz, Mound Cotton Wollan & Greengrass, New York, NY, for Movant–Appellant.

David Jaroslawicz, Jaroslawicz & Jaros, LLC, New York, NY, for Plaintiff–Appellant.

Robert J. Tolchin, New York, NY, for Movants–Appellants.

Norman H. Zivin, Cooper & Dunham, LLP, New York, NY, for Defendants–Appellees.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**John D. BOYER, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5080.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2008.

ON MOTION

MAYER, Circuit Judge.

*ORDER*

John D. Boyer moves to reinstate his appeal.

This appeal was dismissed on September 2, 2008, 315 Fed.Appx. 245, for failure to file a brief. Boyer submits his brief and requests reinstatement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled and the appeal is reinstated.

(2) The United States should calculate the due date for its brief from the date of filing of this order.

**Jaime ROSADO, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2009–3013.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.

Jaime Rosado, San Antonio, TX, pro se.

616

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Alexander GARCIA–RIVERA, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3014.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.

Alexander Garcia–Rivera, San Juan, PR, pro se.

Jane C. Dempsey, Department of Justice, Washington, DC, for Respondent.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Salvatore J. GIAMBRONE, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

No. 2008–3017.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ivan PETRIC, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2008–3243.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.